IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY WILLIAM FANTER,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and STATE OF NEBRASKA,<br><br>        Respondents. | 4:22CV3067<br><br>MEMORANDUM AND ORDER |

    This is a habeas corpus case. In the process of conducting a preliminary review of Petitioner Gregory William Fanter's Petition for Writ of Habeas Corpus (filing 1) brought pursuant to 28 U.S.C. § 2254, I discovered that the Honorable James E. Doyle, IV was the state trial judge who presided over Mr. Fanter's criminal case. Pursuant to 28 U.S.C. § 455(a), my impartiality might reasonably be questioned because of my recent discussions with Judge Doyle regarding a significant matter unrelated to this case and my continued, close relationship with him.

    IT IS THEREFORE ORDERED that the clerk's office shall randomly assign a new judge to this case and request a reassignment order from the Chief Judge.

    Dated this 21st day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge