IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GREGORY WILLIAM FANTER,

    Petitioner,

vs.

UNITED STATES OF AMERICA, and STATE OF NEBRASKA,

    Respondents.

4:22-CV-3067

**MEMORANDUM AND ORDER DISMISSING CASE WITHOUT PREJUDICE**

On July 26, 2022, the Court conducted an initial review of Petitioner Gregory William Fanter's Petition for Writ of Habeas Corpus, Filing 1, brought pursuant to 28 U.S.C. § 2254. The Court determined Petitioner's petition did not clearly indicate the grounds alleged, was not signed under penalty of perjury, and failed to name a proper respondent. Filing 9. The Court ordered Petitioner to file an amended petition for writ of habeas corpus within 30 days or face dismissal of this matter. To date, Petitioner has not filed an amended petition and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 12th day of September, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge